IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **GENERAL MILLS, INC. and its affiliate GENERAL MILLS OPERATIONS, LLC,**<br><br>Plaintiffs,<br><br>v.<br><br>**BCTGM LOCAL 316G,**<br><br>Defendant. | Case No. 1:13-cv-08020<br><br>Hon. Judge George Marovich |

## BCTGM LOCAL 316G'S

## MOTION FOR SUMMARY JUDGEMENT

NOW COMES DEFENDANT, BCTGM Local 316-G ("the Union") by and through its counsel, Laurie M. Burgess, Burgess Law Offices, and for the reasons stated in its Memorandum in Support of Summary Judgment and Rule 56.1 materials submitted herewith, respectfully prays that this Court enter judgment in its favor, with costs and fees.

Respectfully submitted,

s/s Laurie M. Burgess

Laurie M. Burgess
Burgess Law Offices
200 W. Madison
Suite 2670
Chicago, IL 60606
312/456-0500